UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| AUDREY MERRIWEATHER,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>    Defendants. | Case No.  5:15-cv-05131-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In order to allow the parties additional time to finalize settlement agreements and file dismissals, the Case Management Conference scheduled for May 5, 2016, is CONTINUED to **10:00 a.m. on June 23, 2016.** The parties shall file an updated Joint Case Management Conference Statement on or before **June 16, 2016.**

The Motion to Appear by Telephone (Dkt. No. 28) is TERMINATED AS MOOT.

**IT IS SO ORDERED.**

Dated: April 29, 2016

_____
EDWARD J. DAVILA
United States District Judge