Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION

| | |
|---|---|
| AUDREY MERRIWEATHER,<br><br>   Plaintiff,<br><br>   vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et. al.,<br><br>   Defendants. | Federal Case No.: 5:15-CV-05131-EJD<br><br>**STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Audrey Merriweather and defendant HSBC Bank USA, National Association ("HSBC"), that HSBC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//
//

DATED: June 1, 2016     Sagaria Law, P.C.

By: ___*/s/ Elliot W. Gale*___
        Elliot W. Gale
Attorneys for Plaintiff
Audrey Merriweather

DATED: June 1, 2016     Katten Muchin Rosenman LLP

By: ___*/s/Paul Grammatico*___
        Paul Grammatico
Attorneys for Defendant
HSBC Bank USA, National Association

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Paul Grammatico has concurred in this filing.

*/s/ Elliot Gale*

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, HSBC is dismissed with prejudice.

IT IS SO ORDERED.
The Clerk shall close this file.

DATED: 6/2/2016     _____
Edward J. Davila
UNITED STATES DISTRICT JUDGE